# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KEVIN GIBSON** | * | **CASE NO. 2:17-CV-0845** |
| **VERSUS** | * | **UNASSIGNED DISTRICT JUDGE** |
| **NORTHROP GRUMMAN SYSTEMS CORPORATION, ET AL.** | * | **MAG. JUDGE KATHLEEN KAY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss for Failure to State a Claim [Doc. No. 26] filed by Defendant, Aerotek, Inc., is **GRANTED** and that Plaintiff's claims against Defendant, Aerotek, Inc., are **DISMISSED WITHOUT PREJUDICE**.

Monroe, Louisiana, this 7th day of September, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**